IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 16-24678-CMB |
| ) | Chapter 7 |
| William G. Lipscomb ) | Related to Document No. 13 |
| Debtor ) | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit, this __28th__ day of __February__, 2017, upon consideration of the within Consent Motion for Relief from Automatic Stay, it is hereby:

ORDERED, ADJUDGED and DECREED upon Motion for relief from automatic stay in the action captioned <u>Erin L. Rush v. William G. Lipscomb  and Jacobs Petroleum Products, LLC</u> filed in the Court of Common Pleas of Greene County, Pennsylvania at No. AD-598-2016 insofar as the Debtor William G. Lipscomb has available liability insurance proceeds.  In the event that Erin L. Rush should receive a verdict, judgment or award in excess of the available insurance that any portion of the verdict, judgment or award not subject to liability insurance proceeds shall be referred to this Honorable Court for further disposition.

It is further ORDERED, ADJUDGED and DECREED that this Order shall not delay the closing of this case or the Debtor otherwise receiving a timely discharge.

BY THE COURT:

_____

FILED
2/28/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William G. Lipscomb
     Debtor

Case No. 16-24678-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Feb 28, 2017
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db         +William G. Lipscomb,   129 Liveasy Road,   Carmichaels, PA 15320-1710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor William G. Lipscomb COZ@Zeblaw.com, Lori@Zeblaw.com, Janet@Zeblaw.com
          James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
          Robert J Behling    on behalf of Interested Party   Jacobs Petroleum Products, LLC rjbehling@burnswhite.com
                                                                                                                             TOTAL: 5