| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William G. Lipscomb** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx−xx−8337** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16−24678−CMB** | | |

# Order of Discharge                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William G. Lipscomb

<u>4/12/17</u>                                                   **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 16-24678-CMB
William G. Lipscomb                                                       Chapter 7
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 12, 2017
                               Form ID: 318                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db             +William G. Lipscomb,    129 Liveasy Road,    Carmichaels, PA 15320-1710
intp           +Jacobs Petroleum Products, LLC,    1115 East High Street,    Waynesburg, PA   15370,
                 UNITED STATES 15370-1785
14338580       +Diana L. Holland, Esq.,    8211 Town Center Drive,    Baltimore, MD 21236-5904
14338589       +Erin L. Rush,    183 Rush Road,    Carmichaels, PA 15320-1673
14338579       +FNB Consumer Discount Company,    45 West Main Street,    P.O. Box 2045,
                 Uniontown, PA 15401-1645
14338581       +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
14338582       +Jacobs Petroleum Products, LLC,    1115 East High Street,    Waynesburg, PA 15370-1785
14338584        Mariner Finance,    P.O. Box 35394,    Baltimore, MD 21222-7394
14338586       +One Main Financial,    170 Greene Plaza,    Waynesburg, PA 15370-8142
14338585        One Main Financial,    P.O. Box 140489,    Irving, TX 75014-0489
14367895       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14338587       +Phillips, Phillips & Smith-Delach, P.C.,    29 East Beau Street,    Washington, PA 15301-4701
14338591        Vital Recovery Services, Inc.,    P.O. Box 923748,    Peachtree Corners, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPJWILSON.COM Apr 13 2017 00:28:00       Pamela J. Wilson,    810 Vermont Avenue,
                 Pittsburgh, PA 15234-1222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 00:34:48       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14338575        EDI: TSYS2.COM Apr 13 2017 00:28:00       Barclay's Bank,    P.O. Box 8802,
                 Wilmington, DE 19899-8802
14338576        EDI: CAPITALONE.COM Apr 13 2017 00:28:00       Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14338577        EDI: RCSFNBMARIN.COM Apr 13 2017 00:28:00       Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14338578       +E-mail/Text: bankruptcynotice@fcbanking.com Apr 13 2017 00:34:20       First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14338583       +E-mail/Text: bk@lendingclub.com Apr 13 2017 00:35:11       Lending Club Corporation,
                 71 Stevenson Street--Suite 300,    San Francisco, CA 94105-2985
14338588       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 13 2017 00:35:07       Quicken Loans, Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14338590        EDI: SEARS.COM Apr 13 2017 00:28:00       Sears Mastercard,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Debtor William G. Lipscomb COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
              Robert J Behling    on behalf of Interested Party   Jacobs Petroleum Products, LLC
               rjbehling@burnswhite.com
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Apr 12, 2017
                              Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
										TOTAL: 5